[No. 29667-9-III. Division Three. February 21, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY DWAYNE McCABE, *Appellant*.

*Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Siddoway, JJ.

[No. 40531-8-II. Division Two. February 22, 2012.]

JOHN H. WRIGHT, *Appellant*, v. DAVE JOHNSON INSURANCE, INC., ET AL., *Respondents*.

*Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Worswick, J. Now published at 167 Wn. App. 758.

[No. 40708-6-II. Division Two. February 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY WAYNE CHAPMAN, *Appellant*.

*Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Worswick, JJ.

[No. 40715-9-II. Division Two. February 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRELL S. BOOKER, *Appellant*.

*Affirmed* by unpublished opinion per Johanson, J., concurred in by Hunt and Van Deren, JJ.